IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS-HOUSTON DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMEICA § | |
| § | |
| VS. § | CASE NO. 4:25-cr-00365 |
| § | |
| JERRY SVATEK § | |

## UNOPPOSED MOTION TO CONTINUE

1. Counsel for Mr. Svatek needs additional time to review discovery, discuss a potential resolution with the government, conference the case, investigate the allegations and to perform additional tasks.

2. The Assistant United States Attorney, advised counsel in an email that the government is unopposed to this motion.

RESPECTFULLY SUBMITTED,

*/s/ Bryan Patrick Owens*
Bryan Patrick Owens
Fed. No. 1057110
PO Box 111
Folkston, GA 31537
bryan@owenscriminaldefense.com

## CERTIFICATION

This is to certify that we have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court. Submitted on September 26, 2025.

*/s/ Bryan Patrick Owens*