JUDGE EWING WERLEIN, JR.

Case Manager __Marilyn Flores__          Court Reporter _Donna Prather_
Interpreter _No_

Time: _11:40 a.m._ to _12:21 a.m._          DATE _December 5, 2025_

-------------------------------------------------------------------------------

## CR. No. H-25-365

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Jennifer Weinhold, AUSA |
| | § | |
| vs. | § | |
| | § | |
| JERRY JAMES SVATEK, JR. | § | Bryan Patrick Owens, Retained |

-------------------------------------------------------------------------------

## REARRAIGNMENT

_X_   Rearraignment held on Ct(s) **1 and 2 of the indictment.**

_X_   Dft enters a plea of GUILTY.

_X_   PLEA AGREEMENT.  A formal plea agreement entered into and executed.
      _X_   Plea agreement contains a waiver of appeal rights

_X_   Order for PSI setting Disclosure and Sentencing dates signed.

_X_   Sentencing set _February 27, 2026_ at _11:00 a.m._

_X_   Dft REMANDED to custody.

_X_   Terminate other settings and motions for this defendant