United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL H-25-365 |
| § | |
| JERRY JAMES SVATEK, JR. § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) 1 and 2 of the Criminal Indictment, a presentence report is ordered.

1. By *January 19, 2026*, the initial presentence report must be disclosed to counsel (about 35 days after determination of guilt).

2. By *February 2, 2026*, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By *February 16, 2026*, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for *February 27, 2026, at 11:00 a.m. (no sooner than 35 days from initial disclosure).*

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond, must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas, on December 5, 2025.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

Copies:
United States Probation
AUSA
Defense Counsel
Defendant is in custody.