JUDGE EWING WERLEIN, JR.
Case Manager   Marilyn Flores          Court Reporter Donna Prather
USPO  Deyanira Loredo                  Interpreter No
Time:   11:10 a.m. to 12:20 p.m.       **DATE June 26, 2026**

-------------------------------------------------------------------------------------------------

## CR. No. H-25-365

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Jennifer Teper, AUSA |
| | § | |
| vs. | § | |
| | § | |
| JERRY JAMES SVATEK, JR. | § | Bryan Patrick Owens, Retained |

-------------------------------------------------------------------------------------------------

## SENTENCING

__X__    Sentencing held on **Ct(s) 1 and 2** pursuant to a **Guilty Plea** on 12/5/2025.

__X__    **SENTENCE:** Ct(s) **1 and 2**  BOP Custody for a total of **480 months** (360 months as to Ct 1 and 120 months as to Ct 2 to run consecutive)
As to the pending charge in Wharton County, Texas, that charge is relevant conduct to the instant offense. Pursuant to USSG §5G1.3(c), if a state term of imprisonment is anticipated as a result from another offense that is relevant conduct to the instant offense of conviction, the sentence for the instant offense shall be imposed to run concurrently to the anticipated term of imprisonment.
**Supervised Release Term** for a total of __5__ yrs (5 yrs as to Ct 1 and 5 yrs as to Ct 2 to run concurrently)
**Fine Waived**
**Restitution: $78,500.00 (as listed)**
**JVTA: $10,000.00 ($5,000.00 as to each of Cts 1 and 2)**
**AVAA: $10,000.00 ($5,000.00 as to each of Cts 1 and 2)**
Payments are to be made to the U.S.D.C. in installments of $40.00 per quarter or  ½ of prison earnings, whichever is greater, while incarcerated, and in the amount of $ 300.00 or 10% of gross earnings per month, whichever is greater after release, to begin within 60 days of judgment or release from incarceration.

**Special Assessment** on Ct(s)  **1 and 2** for a total of **$ 200.00** due immediately.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the Mandatory Conditions of Supervision as approved by the Judicial Conference, and required by law, and shall comply with the Standard Conditions as adopted by the Court in General Order 2025-22, and with the additional Special Conditions for the reasons outlined in the Appendix.
You must cooperate in the collection of a DNA sample if it is authorized by law.

_X_  TIME TO SERVE   _X_   WRITTEN NOTICE REGARDING APPEAL RIGHTS
         Total Offense Level: 43                    Crim. History Cat.: _I_
         Custody Range: Not less than 15 yrs        Fine Range:  $50,000 - $500,000
         but not more than 30 yrs as to Ct 1;
         Not more than 10 yrs as to Ct 2

_X_   Victim Statements heard;

_X_   Final Order of Forfeiture will be signed;

_X_   Dft **REMANDED** to custody;

_X_   Terminate other settings and motions for this defendant

2