IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CRIMINAL NO. 4:25-365 |
| vs. | § | |
| | § | |
| JERRY JAMES SVATEK, JR. | § | |

## NOTICE TO DEFENDANT

IF YOU HAVE NOT WAIVED YOUR RIGHT TO APPEAL IN YOUR PLEA AGREEMENT, YOU HAVE A RIGHT TO APPEAL YOUR CONVICTION AND THE SENTENCE IMPOSED UNDER CERTAIN CIRCUMSTANCES. 18 USC § 3742(a).

A NOTICE OF APPEAL MUST BE FILED WITH THE DISTRICT CLERK WITHIN FOURTEEN (14) DAYS AFTER THE ENTRY OF THE JUDGMENT OF CONVICTION OR OTHER ORDER FROM WHICH YOU WANT TO APPEAL.

IF YOU WANT, THE DISTRICT CLERK WILL PREPARE AND FILE THE NOTICE OF APPEAL FOR YOU, BUT YOU MUST MAKE THE REQUEST DURING THE FOURTEEN (14) DAY PERIOD REFERRED TO ABOVE.

A NOTICE OF APPEAL MUST STATE THE JUDGMENT OR ORDER BEING APPEALED AND THAT YOU ARE APPEALING TO THE COURT OF APPEALS FOR THE FIFTH CIRCUIT. IT SHOULD ALSO SET OUT THE PART OF THE PROCEEDING NOT ALREADY ON FILE WHICH YOU BELIEVE THE COURT REPORTER NEEDS TO INCLUDE IN THE RECORD. THE DESIGNATION MUST BE MADE WITHIN FOURTEEN (14) DAYS AFTER FILING THE NOTICE OF APPEAL.

IF YOU ARE REPRESENTED BY PAID COUNSEL, BUT CANNOT PAY THE COST OF APPEAL, YOU CAN ASK THE COURT FOR PERMISSION TO APPEAL IN FORMA PAUPERIS (WITHOUT PAYING COSTS). YOUR APPLICATION TO APPEAL IN FORMA PAUPERIS MUST BE FILED WITH THE DISTRICT CLERK WITHIN THE FOURTEEN (14) DAY PERIOD AFTER FILING THE NOTICE OF APPEAL.

IF YOU PROCEEDED IN THE DISTRICT COURT IN FORMA PAUPERIS (THE COURT APPOINTED AN ATTORNEY FOR YOU), YOU MAY PROCEED ON APPEAL IN FORMA PAUPERIS WITHOUT FURTHER AUTHORIZATION UNLESS THE COURT CERTIFIES IN WRITING THAT YOU ARE NOT ENTITLED TO DO SO.

SIGNED AT HOUSTON, TEXAS, ON JUNE 26, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE