# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS-HOUSTON DIVISION

**THE UNITED STATES OF AMEICA** §
§
**VS.** § **CASE NO. 4:25-cr-00365**
§
**JERRY SVATEK** §

## NOTICE OF APPEAL

Notice is hereby given that Jerry Svatek, Defendant in the above-named

case, hereby appeals to the United States Court of Appeals for the 5th Circuit

from the sentence entered in this action on June 26, 2026.

RESPECTFULLY SUBMITTED,

*/s/ Bryan Patrick Owens*
Bryan Patrick Owens
Fed. No. 1057110
101 Marietta St. N.W.
Suite 3325
Atlanta, GA 30303
Email: bryan@owenscriminaldefense.com

## CERTIFICATION

This is to certify that we have on this day served all the parties in this
case in accordance with the notice of electronic filing ("NEF") which was
generated as a result of electronic filing in this Court.
Submitted on June 26, 2026.

*/s/ Bryan Patrick Owens*